UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.   22-303(ABJ)

BROADUS DANIELS

### CONSENT MOTION FOR A TWO-WEEK CONTINUANCE OF THE TRIAL DATE

Defendant, Broadus Daniels, with the consent of all current parties to this case, does hereby request a two-week continuance of the August 1, 2024 trial date. In support thereof, defendant respectfully sets forth as follows:

1. Defendant apologizes for the late filing of this request. However, the case is evolving and there are issues that need to be briefed and changes to the nature of the case.

2. The Court has ordered briefing on defendant's proposed experts. This is a serious issue and defendant needs the full amount of time provided by the rules of the Court to complete his position. It is expected the government will respond and defendant will probably file a response to the positions of the government.

3. It is defendant's understanding that the number of parties going to trial has changed. This is a significant development. One result may be that the remaining parties may be able to reduce the number of exhibits that are to be admitted thereby shortening the expected duration of the trial.

4, All parties consent to the granting of this Motion.

5. Defendant relies upon the supervisory and discretionary powers of this Honorable Court in seeking the relief requested herein.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for two-week continuance of the trial date in this matter,

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsina Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served upon all counsel of record, via the Court' electronic filing system, on this the 16th day of July, 2024.

_____/s/_____
Steven R. Kiersh

2