| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. __22-CR-303__

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| EXHIBITS 0 – 100 – PHYSICAL | | | | | |
| EX. 2 | Cash.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 5 | PDS Ant.pdf | | 8/30 | Wiley | |
| EX. 8 | .223 caliber privately–manufactured AR–Pistol seized on July 16, 2021 | | 8/28 | Rothman Wiley Smith | |
| EX. 9 | Guns in Suitcase.pdf | | 8/28 | Rothman, Wiley, Smith | |
| EX. 11 | .223 caliber privately–manufactured AR–Pistol seized on April 9, 2021 | | 8/290 | Rothman | |
| EX. 13 | Drill press seized on April 9, 2021 | | 8/30 | Wiley | |
| EX. 14 | Dremel tool seized on April 9, 2021 | | 8/30 | Wiley | |
| EX. 15 | Gunsmithing jigs seized on April 9, 2021 | | 8/30 | Wiley | |
| EX. 16 | Gun part boxes seized on April 9, 2021 | | 8/30 | Wiley | |
| EX. 19 | Incomplete .223caliber privately manufactured firearm seized on April 9, 2021 | | 8/30 | Wiley | |
| EX. 20 | Marijuana seized on September 15, 2022 | | 8/28 | Rothman Makela | |
| EX. 24 | Glock 23, .40 caliber handgun seized on September 15, 2022 | | 8/28 | Rothman | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| EX. 25 | Magazine fitted in Glock 23, .40 caliber ammunition loaded into Glock 23 and magazine when it was seized on September 15, 2022 | | 8/28 | Rothman | 9/11/24 |
|---|---|---|---|---|---|
| EX. 27 | Drum Magazine chambered for .40 Caliber, .40 caliber ammunition loaded into Drum Magazine seized on September 15, 2022 | | 8/28 | Rothman | |
| EX. 29 | Extended Magazine chambered for .40 Caliber, .40 caliber ammunition loaded into Extended Magazine seized on September 15, 2022 | | 8/28 | Rothman | |
| EX. 31 | Standard magazine chambered for .40 Caliber, Standard magazine chambered for 9mm, and Standard magazine chambered for 9mm seized on September 15, 2022 | | 8/28 | Rothman | |
| EX. 32 | Glock 43, 9mm handgun seized on September 15, 2022 | | 8/28 | Rothman | 9/11/24 |

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| | | | | | |
|---|---|---|---|---|---|
| **EX. 34** | Magazine fitted into Glock 43, 9mm ammunition loaded into Glock 43 and magazine when it was seized on September 15, 2022 | | 8/28 | Rothman | 9/11/24 |
| **EX. 37** | Additional .40 caliber ammunition seized on September 15, 2022 | | 8/28 | Rothman | |
| **EX. 39** | .45 caliber ammunition seized on September 15, 2022 | | 8/28 | Rothman | |
| **EX. 42** | Marijuana seized on March 31, 2023 | | 8/29 | Fleming Makela | |
| **EX. 43** | Cocaine base seized on March 31, 2023 | | 8/29 | Fugitt Derks | |
| **EX. 46** | Alien Arms 5.56mm AR–Pistol seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | |
| **EX. 47** | 33 rounds of 5.5mm ammunition seized on March 31, 2023 | | 8/29 | Fugitt | |
| **EX. 48** | Glock, Model 20, 10mm semi–automatic handgun seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | |
| **EX. 49** | 16 rounds of 10mm ammunition seized on March 31, 2023 | | 8/29 | Fugitt | |
| **EX. 50** | Glock, Model 22, .40 caliber semi–automatic handgun seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| | | | | | |
|---|---|---|---|---|---|
| EX. 51 | 9 rounds of .40 caliber ammunition seized on March 31, 2023 | | 8/29 | Fugitt | 9/11/24 |
| EX. 52 | Smith & Wesson, Model SD9VE 9mm semi–automatic handgun seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | |
| EX. 53 | 12 rounds of 9mm ammunition seized on March 31, 2023 | | 8/29 | Fugitt | |
| EX. 54 | .45 caliber Personally Manufactured Firearm with a Glock, Model 30, factory slide seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | |
| EX. 55 | 9 rounds of .45 caliber ammunition seized on March 31, 2023 | | 8/29 | Fugitt | |
| EX. 56 | Glock, Model 32, .357 caliber semi–automatic handgun fitted with an aftermarket conversion switch seized on March 31, 2023 | | 8/29 | Fugitt Halepaska | |
| EX. 57 | 19 rounds of .357 caliber ammunition seized on March 31, 2023 | | 8/29 | Fugitt | |
| EX. 59 | SA Rothman BWC April 13, 2023.mp4 | | 8/28 | Rothman | |
| EX. 60 | Marijuana seized from living room on April 13, 2023 | | 8/29 | Fugitt | |
| EX. 61 | Marijuana seized from kitchen on April 13, 2023 | | 9/30 | Makela | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| **EX. 62** | Packaging materials seized from kitchen on April 13, 2023 | | 8/29 | Fugitt | 9/11/24 |
| **EX. 63** | Browning Black Label, Model 1911–380, .380 caliber semi–automatic handgun seized on April 13, 2023 | | 8/29 | Fugitt | |
| **EX. 64** | .380 caliber ammunition seized on April 13, 2023 | | 8/29 | Fugitt | |
| **EX. 69** | Sentry Safe seized from bedroom on April 13, 2023 | | 8/28 | Rothman | |
| **EX. 72** | Cash seized from Exhibit 69.pdf | | 8/28 | Rothman | |
| **EX. 74** | Oak Hill Apartments Street View (exterior).pdf | | 8/28 | Rothman Reid | |
| **EX. 75** | Oak Hill Apartments Street View Interior 1.pdf | | 8/28 | Rothman Wiley Reid | |
| **EX. 76** | Oak Hill Apartments Street View Interior 2.pdf | | 8/28 | Rothman Wiley Laurenz | |
| **EX. 77** | Holiday Mart Street View.pdf | | 8/28 | Rothman Wiley Reid | |
| **EX. 78** | Trenton Park Street View.pdf | | 8/28 | Rothman | |
| **EX. 79** | 3309 4th Street Street View.pdf | | 8/28 | Rothman Reid | |
| **EX. 80** | 2758 Shipley Street View.pdf | | 8/28 | Rothman Reid | |
| **EX. 81** | 2601 Jasper Street View.pdf | | 8/28 | Rothman Reid | |
| **EX. 88** | Backpack containing marijuana and packaging seized on February 13, 2024 | | 9/4 | Reid | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| Government ✓ Plaintiff ☐ Defendant ☐ Joint ☐ Court ☐ | | | | Civil/Criminal No. | 22-CR-303 |
| **EX. 89** | Marijuana and packaging seized on February 13, 2024 | | 9/4 | Reid | 9/11/24 |
| **EX. 91** | 10 MM large capacity magazine seized on March 31, 2023 | | 8/29 | Fleming | |
| **EX. 92** | Two rounds of ammunition found in kitchen drawer on March 31, 2023 | | 8/28 | Rothman Fugitt | |
| **EX. 93A** | Glock Gen 4 S/n BUN994 | | 9/4 | Lawrenz | |
| **EX. 93B** | Glock 27 S/n XDY248 | | 9/4 | Lawrenz | |
| **EX. 93C** | Glock 23 S/n ABKC4214s | | 9/4 | Lawrenz | |
| **EX. 93D** | Revolver S/n 063080 | | 9/4 | Lawrenz | |
| **EX. 93E** | P80 Gun, no S/n | | 9/4 | Lawrenz | |
| **EX. 93G** | Smith & Wesson S/n 2D5041 | | 9/4 | Lawrenz | |
| **EX. 94** | Packaging Material seized on July 6, 2021 | | 9/5 | Thomas | |
| **EX. 96** | UIC Picture.pdf | | 9/5 | Thomas | 9/11/24 |
| **100 SERIES – EUGENE HILL** | | | | | |
| **100.0 Exhibits – White iPhone – Eugene HILL** | | | | | |
| **EX. 100.6** | 4.18.21 WILEY texts HILL.pdf | | 8/30 | Wiley | 9/11/24 |
| **EX. 100.8** | 4.27.21 WILEY texts HILL.pdf | | 8/30 | Wiley | |
| **EX. 100.14** | 1.13.21 Picture of HILL.pdf | | 8/28 | Rothman | |
| **EX. 100.15** | 1.28.21 Picture of HILL.pdf | | 8/28 | Rothman | |
| **EX. 100.16** | 2.1.21 HILL and WILLIS discuss Moody.pdf | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | Civil/Criminal No. | 22-CR-303 |
|---|---|---|---|---|---|---|

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| | | | | | |
|---|---|---|---|---|---|
| **EX. 100.17** | 2.7.21 HILL to Moody.pdf | | 8/28 | Rothman | 9/11/24 |
| **EX. 100.18** | 2.21.21 HILL Moody Transaction.pdf | | 8/28 | Rothman Wiley | |
| **EX. 100.19** | 2.21.21 Hill sends ARP photo to Moody.pdf | | 8/28 | Rothman | |
| **EX. 100.20** | 2.21.21 Uber pic 1.pdf | | 8/28 | Rothman | |
| **EX. 100.21** | 2.21.21 Uber pic 2.pdf | | 8/28 | Rothman | |
| **EX. 100.45** | 4.5.22 Marijuana in 3309.pdf | | 8/28 | Rothman | |
| **EX. 100.49** | 2.3.21 HILL and WILLIS discuss price.pdf | | 9/5 | Thomas | |
| **EX. 100.53** | 2.13.21 Picture of HILL with cash.pdf | | 9/5 | Thomas | |
| **EX. 100.54** | 2.17–18.21 HILL, Moody and WILLIS discuss marijuana.pdf | | 9/5 | Thomas | |
| **EX. 100.58** | 2.22.21 HILL left $500 for WILLIS in drawer.pdf | | 9/5 | Thomas | |
| **EX. 100.60** | 3.11.21 Picture of HILL.pdf | | 8/28 | Rothman | |
| **EX. 100.79** | 4.3.21 HILL needs marijuana from WILLIS.pdf | | 9/5 | Thomas | |
| **EX. 100.85** | 4.10.21 Moody is on Wheeler.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

Civil/Criminal No. _22-CR-303_

| | | | | | |
|---|---|---|---|---|---|
| **EX. 100.104** | 5.22.21 HILL was selling marijuana.pdf | | 9/5/24 | Thomas | 9/11/24 |
| **EX. 100.109** | 5.26.22 Picture of bulk marijuana delivered to 3309 in suitcases.pdf | | 8/28 | Rothman Thomas | |
| **EX. 100.112** | 6.7.22 Picture of cash in hand.pdf | | 8/28 | Rothman | |
| **EX. 100.116** | 8.4.21 Picture of Cash.pdf | | 8/28 | Rothman | |
| **EX. 100.117** | 10.23.21 Picture of bulk marijuana delivery.pdf | | 8/28 | Rothman Reid Thomas | |
| **EX. 100.118** | 12.19.21 Screenshot of marijuana advertisement.pdf | | 9/5 | Thomas | 9/11/24 |
| **101.0 Exhibits – Rose Gold iPhone – Eugene HILL** | | | | | |
| **EX. 101.2** | 1.28.21 Picture of Willis with cash and UIC with marijuana.pdf | | 9/3 | Thomas | 9/11/24 |
| **EX. 101.4** | 6.6.22 Picture of Instagram direct message with co–conspirator.pdf | | 9/5 | Thomas | |
| **EX. 101.5** | 1.28.21 Picture of HILL.pdf | | 8/28 | Rothman | |
| **EX. 101.6** | 1.29.21 Picture of marijuana advertisement on Instagram.pdf | | 9/3 | Thomas | |
| **EX. 101.8** | 4.19.21 Packaged marijuana.pdf | | 9/3 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
|------------|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| 102.0 Exhibits – Instagram – Eugene HILL ||||||
|---|---|---|---|---|---|
| EX. 102 | Instagram Subscriber Data from Digital Extraction.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 102.1 | 7.2.20 Group PDS picture.pdf | | 8/28 | Rothman | |
| EX. 102.7 | 10.24.20 Group PDS picture in JG.pdf | | 8/28 | Rothman | |
| EX. 102.9 | 10.24.20 Picture of HILL and WILLIS.pdf | | 8/28 | Rothman | |
| EX. 102.10 | 10.24.21 Picture of HILL and WILLIS.pdf | | 8/28 | Rothman | |
| EX. 102.12 | 12.12.20 Screenshot of DANIELS' Instagram picture.pdf | | 8/28 | Rothman | |
| EX. 102.13 | 1.3.21 Group Picture at Holiday.pdf | | 8/30 | Wiley Reid | |
| EX. 102.23 | 6.25.21 Picture of HILL and WILLIS.pdf | | 8/28 | Rothman | |
| EX. 102.24 | 6.25.21 Picture of HILL and WILLIS.pdf | | 8/28 | Rothman | |
| EX. 102.27 | 7.7.21 Picture of police at Oak Hill.pdf | | 8/28 | Rothman | |
| EX. 102.29 | 7.7.21 Picture of police at Oak Hill.pdf | | 8/28 | Rothman | 9/11/24 |

| | | | | |
|---|---|---|---|---|
| Government ☑ | | | | |
| Plaintiff ☐ | UNITED STATES OF AMERICA | | | |
| Defendant ☐ | VS. | | Civil/Criminal No. | 22-CR-303 |
| Joint ☐ | BROADUS JAMAL DANIELS AND | | | |
| Court ☐ | ANDRE ALONTE WILLIS | | | |

| | | | | |
|---|---|---|---|---|
| **EX. 102.30** | 7.16.21 IG post regarding Moody's arrest.pdf | | 8/28 | Rothman | 9/11/24 |
| **EX. 102.31** | 8.7.21 PDS Block Party Invitation.pdf | | 8/28 | Rothman | |
| **EX. 102.34** | 10.6.21 Picture of HILL and WILLIS.pdf | | 8/28 | Rothman | |
| **EX. 102.35** | 10.7.21 Group picture at Holiday.pdf | | 8/28 | Rothman | |
| **EX. 102.36** | 10.7.21 HILL and WILLIS wearing JG and PDS.pdf | | 8/28 | Rothman Reid | |
| **EX. 102.38** | 10.7.21 HILL and DANIELS at Holiday.pdf | | 8/28 | Rothman Wiley | |
| **EX. 102.41** | 11.25.21 HILL and WILLIS at Oak Hill.pdf | | 8/28 | Rothman | |
| **EX. 102.44** | 3.12.22 HILL and WILLIS at Holiday.pdf | | 8/28 | Rothman | |
| **EX. 102.48** | 4.28.22 PDS shirts at Oak Hill.pdf | | 8/28 | Rothman | |
| **EX. 102.50** | 6.17.22 HILL and WILLIS PDS4L.pdf | | 8/28 | Rothman | |
| **EX. 102.51** | 8.9.22 HILL wishes PDS member HBD.pdf | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No.  22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| EX. 102.52 | 6.23.20 WILEY offers AR–Pistols.pdf | | 8\30 | Wiley | 9/11/24 |
| EX. 102.53 | 6.24.20 HILL negotiates price of AR–Pistols.pdf | | 9\3 | Wiley (used by defense Willis) | |
| EX. 102.58 | 7.31.20 HILL offers AR–Pistol to Moody.pdf | | 8\28 | Rothman Wiley | |
| EX. 102.59 | 7.31.20 HILL sends video of AR–Pistol to Moody.mp4 | | 8\28 | Rothman | |
| EX. 102.60 | 8.14.20 HILL and WILEY discuss price of AR–Pistol.pdf | | 9\3 | Wiley (used by defense-) Willis | |
| EX. 102.66 | 2.2.21 HILL offers to sell an AR–Pistol to Moody.pdf | | 8\28 | Rothman | |
| EX. 102.74 | 4.15.20 HILL contacts Moody.pdf | | 9\5 | Thomas | |
| EX. 102.75 | 4.18.20 HILL and Moody discuss marijuana deliveries to DC.pdf | | 9\5 | Thomas | |
| EX. 102.76 | 5.17.20 HILL and Moody discuss marijuana prices.pdf | | 9\5 | Thomas | |
| EX. 102.77 | 5.19–20.20 Moody discusses volume of marijuana.pdf | | 9\5 | Thomas | |
| EX. 102.78 | 6.5–8.20 First marijuana purchase from Moody.pdf | | 9\5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. _22-CR-303_

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| **EX. 102.80** | 6.13.20 Additional purchase from Moody.pdf | | 9\5 | Thomas | 9\11\24 |
| **EX. 102.83** | 8.11–12.20 Moody has more bags.pdf | | 9\5 | Thomas | |
| **EX. 102.87** | 8.22.20 HILL wants different packaging.pdf | | 9\5 | Thomas | |
| **EX. 102.98** | 11.28.20 Moody tells HILL no more hiccups.pdf | | 9\5 | Thomas | |
| **EX. 102.103** | 1.14.21 WILLIS takes over bulk purchases from Moody.pdf | | 9\5 | Thomas | |
| **EX. 102.114** | 4.13.21 Picture of WILLIS and HILL at Oak Hill.pdf | | 8\28 | Rothman | |
| **EX. 102.120** | 5.16.21 Picture of Cash.pdf | | 8\28 | Rothman | |
| **EX. 102.125** | 6.27.21 WILLIS told HILL that Moody got arrested.pdf | | 9\5 | Thomas | |
| **EX. 102.132** | 11.17.21 HILL wishes Moody had listened to HILL.pdf | | 9\5 | Thomas | |
| **EX. 102.133** | 12.13.21 WILLIS got weed from Moody bc of HILL.pdf | | 9\5 | Thomas | |
| **EX. 102.135** | 1.8.22 Marijuana advertisement.pdf | | 9\5 | Thomas | 9\11\24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. _22-CR-303_

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | Government | ✓ |
|---|---|---|
| | Plaintiff | |
| | Defendant | |
| | Joint | |
| | Court | |

| | | | | | |
|---|---|---|---|---|---|
| EX. 102.138 | 1.22.22 Five bags super lemon cherry.pdf | | 9/5 | Thomas | 9/11/24 |
| EX. 102.139 | 1.25.22 Picture of Cash, marijuana and oxycodone.pdf | | 8/28 | Rothman | |
| EX. 102.151 | 8.18.21 PDS members at Holiday.pdf | | 8/28 | Rothman | |
| EX. 102.152 | 2.7.22 Happy Birthday to DANIELS.pdf | | 8/28 | Rothman | |
| EX. 102.158 | 7.15.21 Video of HILL and Moody.mp4 | | 9/5 | Thomas | |
| EX. 102.159 | 6.15.21 Video of HILL and Moody.mp4 | | 9/5 | Thomas | |
| EX. 102.161 | 8.18.22 Group picture outside Moody's van.pdf | | 9/5 | Thomas | |
| EX. 102.168 | 1.31.22 Marijuana advertisement.pdf | | 9/5 | Thomas | |
| EX. 102.170 | 12.28.21 Picture of Marijuana delivery.mp4 | | 9/5 | Thomas | |
| EX. 102.172 | 12.26.20 Video of marijuana delivery.mp4 | | 9/5 | Thomas | |
| EX. 102.173 | 1.25.22 Marijuana for sale.mp4 | | 9/5 | Thomas | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. __22-CR-303__

| EX. 102.182 | 1.22.22 Marijuana advertisement.mp4 | | 9/5 | Thomas | 9/11/24 |
|---|---|---|---|---|---|
| EX. 102.203 | 3.11.22 Picture of oxycodone and Cash.pdf | | 8/28 | Rothman | |
| EX. 102.211 | 2.13.22 Picture of Cash.pdf | | 8/28 | Rothman | |
| EX. 102.212 | 4.19.21 Picture of Cash.pdf | | 8/28 | Rothman | |
| EX. 102.213 | 5.7.21 Picture of Cash.pdf | | 8/28 | Rothman | |
| EX. 102.215 | 5.25.22 Picture of Cash.pdf | | 8/28 | Rothman | |
| EX. 102.217 | 7.5.22 Picture of Cash.mp4 | | 8/28 | Rothman | |
| EX. 102.218 | 3.25.22 Picture of Cash.mp4 | | 8/28 | Rothman | |
| EX. 102.220 | 2.3.22 Picture of Cash.pdf | | 8/28 | Rothman | |
| EX. 102.234 | 9.10.20 Marijuana Advertisement Oak Hill geotag.pdf | | 9/5 | Thomas | 9/11/24 |
| **103.0 Exhibits – Search Warrant Photographs (3309 4th Street Southeast, Unit F) – Eugene Hill** | | | | | |
| EX. 103.1 | 3309 F Door.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 103.2 | Couch.pdf | | 8/28 | Rothman | |
| EX. 103.3 | Living room.pdf | | 8/28 | Rothman | |
| EX. 103.4 | Kitchen.pdf | | 8/28 | Rothman | |
| EX. 103.5 | Kitchen.pdf | | 8/28 | Rothman | |
| EX. 103.6 | Kitchen counter.pdf | | 8/28 | Rothman | |
| EX. 103.7 | Firearm.pdf | | 8/28 | Rothman | |
| EX. 103.9 | Firearm with mag removed.pdf | | 8/28 | Rothman | |
| EX. 103.12 | Safe.pdf | | 8/28 | Rothman | |
| EX. 103.13 | Money Counter.pdf | | 8/28 | Rothman | 9/11/24 |

| | | | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| EX. 103.14 | Counter.pdf | | 8/28 | Rothman | 9/11/24 |
|---|---|---|---|---|---|
| EX. 103.15 | Shelves with firearm.pdf | | 8/28 | Rothman | |
| EX. 103.16 | Firearm close up.pdf | | 8/28 | Rothman | |
| EX. 103.17 | Drum mag.pdf | | 8/28 | Rothman | |
| EX. 103.18 | HILL phone.pdf | | 8/28 | Rothman | |
| EX. 103.19 | Marijuana with cash.pdf | | 8/28 | Rothman | |
| EX. 103.20 | Magazine in drawers.pdf | | 8/28 | Rothman | |
| EX. 103.21 | Magazine in drawers.pdf | | 8/28 | Rothman | |
| EX. 103.22 | Magazine in drawers.pdf | | 8/28 | Rothman | |
| EX. 103.23 | Cartier and bullet in drawer.pdf | | 8/28 | Rothman | |
| EX. 103.26 | Plastic bags.pdf | | 8/28 | Rothman | |
| EX. 103.28 | Safe opened.pdf | | 8/28 | Rothman | |
| EX. 103.30 | iPhone.pdf | | 8/28 | Rothman | |
| EX. 103.31 | Bag of bullets.pdf | | 8/28 | Rothman | |
| EX. 103.32 | Shooting book.pdf | | 8/28 | Rothman | 9/11/24 |
| **200 SERIES – BROADUS DANIELS** | | | | | |
| **200.0 Exhibits – Cell Phone – Broadus DANIELS** | | | | | |
| EX. 200.1 | DANIELS w Draco 2023–04–19_ 12–48–25.mp4 | | 8/28 | Rothman | 9/11/24 |
| **201.0 Exhibits – __wardy Instagram – Broadus DANIELS** | | | | | |
| EX. 201 | Instagram Subscriber Data from Digital Extraction.pdf | | 8/28 | Rothman Thomas | 9/11/24 |
| EX. 201.1 | 6.4.19 DANIELS offers to sell handguns.pdf | | 8/28 | Rothman | |
| EX. 201.2 | 8.7.19 DANIELS and WILEY negotiate.pdf | | 8/30 | Wiley Thomas | |
| EX. 201.3 | 8.8.19 WILEY delivers AR-Pistol.pdf | | 8/30 | Wiley | 9/11/24 |

| | | | | | |
|---|---|---|---|---|---|
| Government | ✓ | | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| **EX. 201.4** | 8.8.19<br>HILL tells DANIELS that WILLIS might have ammunition.pdf | | 8/28 | Rothman<br>Wiley | 9/11/24 |
| **EX. 201.5** | 8.16.19<br>DANIELS isn't selling his guns.pdf | | 8/28 | Rothman | |
| **EX. 201.7** | 8.22.19<br>DANIELS wants to trade one AR-Pistol for two handguns.pdf | | 8/28 | Rothman<br>Wiley | |
| **EX. 201.8** | 8.28.19<br>WILEY offers marijuana to DANIELS at $1800 per pound.pdf | | 8/30 | Wiley | |
| **EX. 201.10** | 9.18.19<br>DANIELS offers to swap one AR-Pistol machinegun.pdf | | 8/28 | Rothman<br>Wiley | |
| **EX. 201.11** | 9.30.19<br>DANIELS offers to sell AR-Pistol machinegun.pdf | | 8/28 | Rothman | |
| **EX. 201.13** | 10.12.19<br>DANIELS offers to sell AR-Pistol machinegun.pdf | | 8/28 | Rothman | |
| **EX. 201.15** | 12.18.19<br>WILEY offers AR-Pistol machinegun to DANIELS.pdf | | 8/30 | Wiley | |
| **EX. 201.17** | 1.5.20<br>DANIELS has two AR-Pistol machineguns.pdf | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EX. 201.18 | 2.1.20 Picture of DANIELS holding Cash.pdf | | 8/28 | Rothman | 9/11/24 |
|---|---|---|---|---|---|
| EX. 201.20 | 2.7.20 Picture of DANIELS holding Cash.pdf | | 8/28 | Rothman | |
| EX. 201.24 | 9.24.19 DANIELS and UIC discuss trade of two handguns for AR-Pistol machinegun.pdf | | 8/28 | Rothman | 9/11/24 |
| **202.0 Exhibits – w.harden Instagram – Broadus DANIELS** | | | | | |
| EX. 202 | Instagram Subscriber Data from Search Warrant.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 202.1 | 12.20.22 "I am Trenton Park".pdf | | 8/28 | Rothman | |
| EX. 202.2 | 2.12.23 Pictures geotagged to Trenton Park.pdf | | 8/28 | Rothman | |
| EX. 202.4 | 3.13.23 Instagram post about JG.pdf | | 8/28 | Rothman Wiley | |
| EX. 202.5 | 7.1.22 DANIELS and UIC at Trenton Park.pdf | | 8/28 | Rothman | |
| EX. 202.8 | 2.7.23 DANIELS with UIC at Oak Hill.pdf | | 9/4 | Reid | |
| EX. 202.14 | 4.26.22 DANIELS has an omerta tattoo.pdf | | 9/5 | Thomas | |
| EX. 202.15 | 6.29.22 Video of firearms and marijuana.mp4 | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| Government ☑ | | | | Civil/Criminal No. | 22-CR-303 |
| Plaintiff ☐ | | | | | |
| Defendant ☐ | | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |
| **EX. 202.16** | 10.4.22 Picture of handguns on coffee table.pdf | | 8/28 | Rothman | 9/11/24 |
| **EX. 202.19** | 11.30.22 Picture of DANIELS.pdf | | 8/28 | Rothman | |
| **EX. 202.20** | 6.23.22 "Don't speak on my name".pdf | | 8/28 | Rothman Wiley | |
| **EX. 202.25** | 5.7.22 Picture of bulk marijuana delivery in suitcases.pdf | | 9/5 | Thomas | |
| **EX. 202.26** | 5.8.22 Marijuana advertisement.pdf | | 9/5 | Thomas | |
| **EX. 202.28** | 4.25.22 Marijuana advertisement.mp4 | | 9/5 | Thomas | |
| **EX. 202.32** | 5.4.22 Picture of DANIELS' Rolex.pdf | | 8/28 | Rothman | |
| **EX. 202.35** | 5.10.22 Marijuana advertisement.pdf | | 9/9 | Thomas (used by defense-Daniels) | |
| **EX. 202.37** | 5.30.22 DANIELS with Rolex and Cash.pdf | | 8/28 | Rothman | |
| **EX. 202.38** | 6.5.22 Picture of DANIELS with cash.mp4 | | 8/28 | Rothman | |
| **EX. 202.44** | 8.19.22 IG Post.pdf | | 8/29 | Rothman | |
| **EX. 202.45** | 4.27.22 Picture of DANIELS.pdf | | 8/28 | Rothman | |
| **EX. 202.46** | 8.30.23 IG Post.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. ___22-CR-303___

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| EX. 202.47 | Marijuana Advertisement.pdf | | | | |
| EX. 202.48 | 5.22.22 Marijuana advertisement.pdf | | 9\5 | Thomas | 9\11\24 |
| EX. 202.64 | 11.30.22 DANIELS with Cash.pdf | | 8\28 | Rothman | |
| EX. 202.65 | 12.11.22 IG Post.pdf | | 8\29 | Rothman | 9\11\24 |
| EX. 202.69 | 1.7.23 IG Post.pdf | | | Rothman | |
| EX. 202.75 | 5.18.22 DANIELS' Trigger finger needed a break.pdf | | 8\28 | Rothman | 9\11\24 |
| EX. 202.77 | 5.18.22 DANIELS and UIC discuss marijuana prices.pdf | | 9\4 | Reid | |
| EX. 202.83 | 7.11.22 UIC is looking for DANIELS.pdf | | 9\4 | Reid | |
| EX. 202.86 | 8.28.22 WILLIS has marijuana for DANIELS.pdf | | 9\5 | Thomas | |
| EX. 202.97 | 9.1.22 DANIELS is getting rich off of bags.pdf | | 9\5 | Thomas | 9\11\24 |
| **203.0 Exhibits – DANIELS YouTube – Broadus DANIELS** | | | | | |
| EX. 203.10 | 7.8.22 Screen Capture from Music Video JG DANIELS.pdf | | 9\4 | Reid | 9\11\24 |
| **204.0 Exhibits – Jail Calls – Broadus DANIELS** | | | | | |
| EX. 204.1 | DANIELS to UM on 4.14.23 at 1800.mp3 | | 8\28 | Rothman | 9\11\24 |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| 205.0 Exhibits – Search Warrant Photographs (3364 6th Street Southeast, Apt 203) – Broadus DANIELS | | | | |
|---|---|---|---|---|
| EX. 205.1 | Bedroom.pdf | | 8/29 | Fugitt | 9/11/24 |
| EX. 205.3 | Hole in closet wall.pdf | | 8/29 | Fugitt | |
| EX. 205.4 | Hole in closet wall (2).pdf | | 8/29 | Fugitt | |
| EX. 205.6 | Marijuana in living room.pdf | | 8/29 | Fugitt | |
| EX. 205.7 | Cartier diamond watch in backpack.pdf | | 8/29 | Fugitt | |
| EX. 205.8 | Three rounds in backpack.pdf | | 8/29 | Fugitt | |
| EX. 205.9 | Three rounds with ammo stamp.pdf | | 8/29 | Fugitt | |
| EX. 205.11 | Firearms in backpack in closet (2).pdf | | 8/29 | Fugitt | |
| EX. 205.12 | Firearms removed from backpack in closet.pdf | | 8/29 | Fugitt | |
| EX. 205.14 | Smith & Wesson pistol with magazine containing 12 rounds (2).pdf | | 8/29 | Fugitt | |
| EX. 205.15 | Glock 30 with magazine containing 9 rounds.pdf | | 8/29 | Fugitt | |
| EX. 205.16 | Glock 32 with "giggle switch" and magazine containing 19 rounds.pdf | | 8/29 | Fleming | |
| EX. 205.17 | Glock 22 with magazine containing 9 rounds.pdf | | 8/29 | Fugitt | |
| EX. 205.21 | Six firearms recovered.pdf | | 8/29 | Fugitt | |
| EX. 205.23 | Magazine next to car keys.pdf | | 8/29 | Fugitt | |
| EX. 205.24 | Kitchen drawers open with cocaine base visible.pdf | | 8/29 | Fugitt | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| EX. 205.27 | Marijuana with empty distribution bags.pdf | | 8/29 | Fugitt | 9/11/24 |
|---|---|---|---|---|---|
| EX. 205.31 | Second kitchen drawer open with DANIELS MD ID.pdf | | 8/29 | Fugitt | |
| EX. 205.32 | DANIELS MD ID.pdf | | 8/29 | Fugitt | |
| EX. 205.33 | Mail matter to DANIELS.pdf | | 8/29 | Fugitt | |
| EX. 205.34 | DANIELS CashApp card.pdf | | 8/29 | Fugitt | |
| EX. 205.35 | Money counter with marijuana.pdf | | 8/29 | Fugitt | |
| EX. 205.37 | Mail matter to DANIELS.pdf | | 8/29 | Fugitt | |
| EX. 205.38 | First kitchen drawer with marijuana bag containing ammunition.pdf | | 8/29 | Fugitt | |
| EX. 205.39 | First kitchen drawer with marijuana bag containing ammunition (2).pdf | | 8/29 | Fugitt | |
| EX. 205.41 | Empty "Cherry Gelato" bags.pdf | | 8/29 9/4 | Reid | |
| EX. 205.42 | Rifle ammunition in kitchen drawer.pdf | | 8/29 | Rothman | |
| EX. 205.44 | Picture of A. Holmes' Phone.pdf | | 8/28 | Rothman | |
| EX. 205.45 | 3.31.2023 Fleming BWC.mp4 | | 8/29 | Fleming | 9/11/24 |
| **206.0 Exhibits – ADC Records** | | | | | |
| EX. 206.1 | 3.31.23.pdf | | | | |
| **300 SERIES – ANDRE WILLIS** | | | | | |
| **300.0 Exhibits – WILLIS iPhone – Andre WILLIS** | | | | | |
| EX. 300.1 | 11.22.22 WILLIS with Cash.pdf | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| EX. 300.2 | 11.22.22 Group Picture at Oak Hill.pdf | | 8/28 | Rothman | 9/11/24 |
|---|---|---|---|---|---|
| EX. 300.4 | 11.22.22 UIC with Cash and Scale in 3309.pdf | | 8/28 | Rothman | |
| EX. 300.5 | 11.23.22 WILLIS with Cash.pdf | | 8/28 | Rothman | |
| EX. 300.6 | 11.23.22 WILLIS with Cash in 3309.pdf | | 8/28 | Rothman | |
| EX. 300.7 | 11.23.22 WILLIS with cash.pdf | | | | |
| EX. 300.9 | 11.23.22 WILLIS with cash.pdf | | 8/28 | Rothman | |
| EX. 300.10 | 11.23.22 WILLIS with cash.pdf | | 8/28 | Rothman | |
| EX. 300.12 | 11.23.22 WILLIS at 3309.pdf | | 8/28 | Rothman Reid | 9/11/24 |
| EX. 300.16 | 11.24.22 Group Picture at Oak Hill.pdf | | | | / |
| EX. 300.19 | 12.7.22 WILLIS directs customer to 2758 Shipley.pdf | | 9/5 | Thomas | 9/11/24 |
| EX. 300.20 | 12.14.22 WILLIS with UIC.pdf | | 9/4 | Reid | |
| EX. 300.22 | 1.4.23 UIC asks for discount for 10+ pounds.pdf | | 9/5 | thomas | |
| EX. 300.24 | 1.12.23 WILLIS offers marijuana for sale.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| **EX. 300.25** | 1.23.23 WILLIS offers to buy marijuana in bulk.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 300.27** | 2.4.23 WILLIS selling bags of marijuana for $2,200.pdf | | 9/5 | Thomas | |
| **EX. 300.31** | 2.18.23 UIC wants 2 bags.pdf | | 9/5 | Thomas | |
| **EX. 300.32** | 2.23.23 WILLIS directs UIC to 2601 Jasper.pdf | | 9/5 | Thomas | |
| **EX. 300.35** | 3.14.23 WILLIS has lower grade marijuana available.pdf | | 9/4 | Reid | |
| **EX. 300.38** | 3.20.23 UIC tells WILLIS to collect money from JG member.pdf | | 9/5 | Thomas | |
| **EX. 300.44** | 3.26.23 WILLIS in car with cash.pdf | | 9/22 | Rothman | |
| **EX. 300.45** | 3.31.23 UIC refers customer to WILLIS.pdf | | 9/4 | Reid | 9/11/24 |
| **301.0 Exhibits – WILLIS Burner Phone – Andre WILLIS** | | | | | |
| **EX. 301.6** | 12.26.22 Customer asks if WILLIS is still at 3309.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 301.7** | 1.4–12.23 WILLIS will sell up to 20 pounds of low–grade marijuana for $400/pound.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| EX. 301.9 | 1.20.23 WILLIS uses CashApp.pdf | | 9/4 | Reid | 9/4/24 |
| EX. 301.13 | 2.3.23 UIC wants two pounds.pdf | | 9/5 | Thomas | 9/4/24 |
| 302.0 Exhibits – WILLIS Instagram – Andre WILLIS | | | | | |
| EX. 302 | Instagram Subscriber Data from Search Warrant.pdf | | 8/28 | Rothman | 9/4/24 |
| EX. 302.2 | 10.6.21 Picture of WILLIS and HILL.pdf | | 8/28 | Rothman Wiley Reid | |
| EX. 302.4 | 4.4.22 WILLIS wishes HBD to PDS member.pdf | | 8/28 | Rothman | |
| EX. 302.19 | 7.18.22 WILLIS and UIC.pdf | | 8/28 | Rothman Reid | |
| EX. 302.20 | 12.14.22 WILLIS and UIC in 3309.pdf | | 8/28 | Rothman | |
| EX. 302.21 | 1.10.23 WILLIS and UIC.pdf | | 8/28 | Rothman Reid | |
| EX. 302.30 | 10.6.21 WILLIS and HILL at Holiday.pdf | | 8/28 | Rothman | |
| EX. 302.34 | 2.21.22 UIC at Shipley.pdf | | 8/28 | Rothman | |
| EX. 302.37 | 7.4.21 It's not safe to ride down Wheeler.pdf | | 8/28 | Rothman | |
| EX. 302.41 | 10.28.22 WILLIS with Cash.pdf | | 8/28 | Rothman | |
| EX. 302.44 | 10.24.21 WILLIS with Cash.pdf | | 8/28 | Rothman | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. _22-CR-303_

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| EX. 302.45 | 2.20.22 WILLIS with Cash.pdf | | 8/2∞ | Rothman | 9/11/24 |
| EX. 302.47 | 8.1.22 Marijuana advertisement.pdf | | 9/5 | Thomas | |
| EX. 302.48 | 7.8.22 Marijuana advertisement.pdf | | 9/5 | Thomas | |
| EX. 302.49 | 2.15.22 Marijuana advertisement.pdf | | 9/5 | Thomas | |
| EX. 302.50 | IG Post about prices.pdf | | 9/5 | Thomas | |
| EX. 302.61 | 6.8.20 HILL and WILLIS discuss marijuana from Moody.pdf | | 9/5 | Thomas | |
| EX. 302.62 | 6.11.20 HILL and WILLIS discuss marijuana from Moody.pdf | | 9/5 | Thomas | |
| EX. 302.63 | 8.11.20 HILL and WILLIS discus Moody's travel.pdf | | 9/5 | Thomas | |
| EX. 302.64 | 8.13.20 HILL and WILLIS discuss communication with Moody.pdf | | 9/5 | Thomas | |
| EX. 302.65 | 9.26.20 WILLIS met Moody Without HILL.pdf | | 9/5 | Thomas | |
| EX. 302.66 | 11.30.20 HILL asks WILLIS about Moody.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. __22-CR-303__

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| **EX. 302.67** | 3.21.21 Moody sends WILLIS picture of next delivery.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 302.70** | 2.14.23 WILLIS IG post.pdf | | 8/28 | Rothman | 9/11/24 |
| **303.0 Exhibits – WILLIS Post–Arrest Statement – Andre WILLIS** | | | | | |
| **EX. 303.1** | WF– FO– 202304131– 245D_WF_3133668.mp4 | | 8/29 | Fleming | 9/11/24 |
| **304.0 Exhibits – WILLIS Jail Calls – Andre WILLIS** | | | | | |
| **EX. 304.1** | AW to AB on 4.13.23 at 2335.mp3 | | 8/29 | Rothman | 9/11/24 |
| **305.0 Exhibits – Search Warrant Photographs (2601 Jasper Street, Southeast, Apartment 5) – Andre WILLIS** | | | | | |
| **EX. 305.1** | Living Room (big boy and d money).pdf | | 8/29 | Fugitt | 9/11/24 |
| **EX. 305.2** | Gun in kitchen drawer.pdf | | 8/29 | Fugitt | |
| **EX. 305.3** | Gun in kitchen drawer (closeup).pdf | | 8/29 | Fugitt | |
| **EX. 305.6** | Marijuana in kitchen.pdf | | 8/29 | Fugitt | |
| **EX. 305.7** | Empty Cherry marijuana bags.pdf | | 8/29 | Fugitt | |
| **EX. 305.8** | Closeup on Cherry Marijuana bags.pdf | | 8/29 | Fugitt | |
| **EX. 305.10** | WILLIS license and Utah concealed carry.pdf | | 8/29 | Fugitt | |
| **EX. 305.11** | WILLIS MD And D.C. firearms paperwork.pdf | | 8/29 | Fugitt | |
| **EX. 305.12** | WILLIS D.C. and Utah firearms paperwork.pdf | | 8/29 | Fugitt | |
| **EX. 305.13** | Heat sealed marijuana bag.pdf | | 8/29 | Fugitt | |
| **EX. 305.14** | Money in drawer.pdf | | 8/29 | Fugitt | |
| **EX. 305.15** | Safe.pdf | | 8/29 | Fugitt | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| 400 SERIES – CO–CONSPIRATOR STATEMENTS SEIZED FROM CO–CONSPIRATOR SIX | | | | |
|---|---|---|---|---|
| **400.0 Exhibits – Phone 1 (415) 936–3058** | | | | |
| EX. 400.1 | 9.25.20 WILLIS reaches out to Moody.pdf | | 9/5 | Thomas | 9/11/24 |
| EX. 400.2 | 9.26.20 WILLIS and Moody discuss weight and location.pdf | | 9/5 | Thomas | |
| EX. 400.3 | 10.13.20 Moody "should have just called" WILLIS.pdf | | 9/5 | Thomas | |
| EX. 400.4 | 10.16.20 Moody's marijuana was seized.pdf | | 9/5 | Thomas | |
| EX. 400.5 | 10.26–27.20 Moody has another shipment coming in.pdf | | 9/5 | Thomas | |
| EX. 400.6 | 12.1.20 Moody sells 5 pounds of higher grade to WILLIS for $22,000.pdf | | 9/5 | Thomas | |
| EX. 400.7 | 12.6.20 WILLIS wants to buy more bags.pdf | | 9/5 | Thomas | 9/11/24 |
| **401.0 Exhibits – Phone 2 (415) 936–3733** | | | | |
| EX. 401.1 | 6.12.20 HILL wants two more pounds from Moody.pdf | | 9/5 | Thomas | 9/11/24 |
| EX. 401.2 | 6.22–23.20 Moody has several options for HILL.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No.   22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| | | | | | |
|---|---|---|---|---|---|
| **EX. 401.3** | 6.24–25.20 HILL is meeting Moody in a green Jaguar.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 401.5** | 6.27.20–7.1.20 Moody got robbed.pdf | | 9/5 | Thomas | |
| **EX. 401.6** | 7.8–10.20 Moody has another delivery.pdf | | 9/5 | Thomas | |
| **EX. 401.7** | 7.13.20 Everyone loves Moody's product.pdf | | 9/5 | Thomas | |
| **EX. 401.8** | 7.20.20 HILL buys five more pounds.pdf | | 9/5 | Thomas | |
| **EX. 401.9** | 7.31.20 HILL buys eight more pounds.pdf | | 9/5 | Thomas | |
| **EX. 401.10** | 8.1–5.20 HILL and Moody discuss what WILLIS wants and what it will cost.pdf | | 9/5 | Thomas | |
| **EX. 401.11** | 8.12–13.20 HILL and WILLIS discuss weight and price of shipment.pdf | | 9/5 | Thomas | |
| **EX. 401.12** | 8.22.20 Moody is bringing 50 pounds to DC.pdf | | 9/5 | Thomas | |
| **EX. 401.13** | 8.25–26.20 HILL is checking with WILLIS, but at least six more pounds.pdf | | 9/5 | Thomas | |
| **EX. 401.15** | 9.10–14.20 WILLIS buys marijuana, Moody fronts HILL.pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No.  22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| | | | | | |
|---|---|---|---|---|---|
| **EX. 401.16** | 9.17–21.20 HILL messes up the money.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 401.18** | 9.23–24.20 Moody asks HILL how many more WILLIS wants.pdf | | 9/5 | Thomas | 9/11/24 |
|  | **402.0 Exhibits – Phone 3 (202) 509–3147** |
| **EX. 402.1** | 1.21.21 WILLIS directs Moody to 3309.pdf | | 9/5 | Thomas | 9/11/24 |
| **EX. 402.2** | 2.1.21 WILLIS asks when Moody will arrive.pdf | | 8/28 | Rothman | |
| **EX. 402.3** | 2.2.21 WILLIS asks if Moody still wants the ARP machinegun.pdf | | 8/28 | Rothman | |
| **EX. 402.4** | 2.4.21 HILL directs Moody to Oak Hill.pdf | | 9/5 | Thomas | |
| **EX. 402.5** | 2.4.21 WILLIS directs Moody to 3309.pdf | | 9/5 | Thomas | |
| **EX. 402.7** | 5.26.21 WILLIS asks how far away Moody is.pdf | | 9/5 | Thomas | 9/11/24 |
|  | **403.0 Exhibits – Instagram** |
| **EX. 403.2** | 4.25.21 IG Post "Office on wheels".pdf | | 8/28 | Rothman | 9/11/24 |
| **EX. 403.3** | 9.18.20 IG Post "If you ran off".pdf | | 9/5 | Thomas | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| EX. 403.4 | 10.28.21 IG Post "Push dat shit".pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 403.5 | 11.18.20 IG Post "20 steps ahead".pdf | | 9/4 | Thomas | 9/11/24 |
| **500 SERIES – EXPERTS** | | | | | |
| **500.0 Exhibits – Douglas Halepaska** | | | | | |
| EX. 500.2 | Expert Report (Halepaska).pdf | | 9/3 | Halepaska | 9/11/24 |
| **502.0 Exhibits – Jessica Van Dyke** | | | | | |
| EX. 502.2 | Expert Report (Van Dyke).pdf | | 9/3 | Van Dyke. | 9/11/24 |
| **503.0 Exhibits – Brian Makela** | | | | | |
| EX. 503.6 | WILLIS – Jasper Search.pdf | | 8/30 | Makela | 9/11/24 |
| EX. 503.7 | DANIELS – Apt 203 Search.pdf | | 8/30 | Makela | |
| EX. 503.8 | HILL – Unit F Search.pdf | | 8/30 | Makela | 9/11/24 |
| **504.0 Exhibits – Erika Derks** | | | | | |
| EX. 504.2 | Expert Report (Derks).pdf | | 8/29 | Derks | 9/11/24 |
| **600 SERIES – 404(b)/609** | | | | | |
| **601.0 Exhibits – March 6, 2019 Search** | | | | | |
| EX. 601.2 | BWC Video – Clip 1.mp4 | | 9/4 | Lawrenz | 9/11/24 |
| EX. 601.6 | Screenshot of Ex. 601.2 showing Occupant 4.pdf | | 9/4 | Lawrenz (used by defense - Daniels) | |
| EX. 601.13 | Screenshot of Ex. 601.12 showing Occupant 10.pdf | | 9/4 | Lawrenz | |
| EX. 601.15 | Apartment Sketch.pdf | | 9/4 | Lawrenz | |
| EX. 601.16 | Seizure List.pdf | | 9/4 | Lawrenz | |
| EX. 601.26 | Photo of Item 6 – ammunition in shoe box.pdf | | 9/4 | Lawrenz | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

Civil/Criminal No. __22-CR-303__

| EX. 601.27 | Photo of Item 7 – ammunition in Puma bag.pdf | | 9/4 | Lawrenz | 9/11/24 |
|---|---|---|---|---|---|
| EX. 601.30 | Photo of Item 11 – $999 in bag.pdf | | 9/4 | Lawrenz | |
| EX. 601.31 | Photo of Item 8 – marijuana in bag.pdf | | 9/4 | Lawrenz | |
| EX. 601.32 | Photo of Item 12 – suitcase.pdf | | 9/4 | Lawrenz | |
| EX. 601.33 | Photo of Item 12 – handgun and multiple bags inside suitcase.pdf | | 9/4 | Lawrenz | |
| EX. 601.34 | Photo of Item 13 – marijuana in black bag.pdf | | 9/4 | Lawrenz (used by defense-Daniels) | |
| EX. 601.39 | Photo of Item 19 – marijuana in kitchen.pdf | | 9/4 | Lawrenz | |
| EX. 601.40 | Photo of Item 20 – marijuana in duffel bag.pdf | | 9/4 | Lawrenz | |
| EX. 601.43 | Photo of Writing on Foreman Grill.pdf | | 9/4 | Lawrenz | |
| EX. 601.44 | Photo of Digital Scale.pdf | | 9/4 | Lawrenz | |
| EX. 601.45 | Photo of Item 14 laid out.pdf | | 9/4 | Lawrenz | |
| EX. 601.46 | Closeup photo of Item 12.pdf | | 9/4 | Lawrenz | 9/11/24 |
| **700 SERIES – DIANTE WILEY** | | | | | |
| **700.0 Exhibits – Old Phone** | | | | | |
| EX. 700.3 | 8.7.19 Picture of AR-Pistol sold to DANIELS.pdf | | 9/30 | Wiley | 9/11/24 |
| EX. 700.4 | 8.8.19 Ghost Glock 22 in lap.pdf | | 9/30 | Wiley | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| EX. 700.5 | 8.8.19 Ghost Glock 22.pdf | | 9/30 | Wiley | 9/11/24 |
|---|---|---|---|---|---|
| EX. 700.6 | 4.29.20 ARP with laser.pdf | | 8/30 | Wiley | |
| EX. 700.7 | 4.29.20 ARP with light.pdf | | 9/3 | Wiley (used by defense- Willis) | 9/11/24 |
| **701.0 Exhibits – 1943 Phone** | | | | | |
| EX. 701.2 | 5.31.20 Text between Wiley and Hill.pdf | | 8/30 | Wiley | 9/11/24 |
| EX. 701.6 | 8.7.19 WILEY and DANIELS discuss swap.pdf | | 8/30 | Wiley | 9/11/24 |
| **702.0 Exhibits – Instagram** | | | | | |
| EX. 702 | Instagram Subscriber Data from Digital Extraction.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 702.2 | 2.21.20 IG Post with Lil Mo.pdf | | 9/4 | Reid | |
| EX. 702.6 | 2.11.20 IG DM about two AR-Pistols.pdf | | 8/30 | Wiley | |
| EX. 702.11 | 3.19.20 DANIELS asks about AR-Pistolss.pdf | | 8/30 | Wiley | |
| EX. 702.12 | 3.25.20 DANIELS asks for update.pdf | | 8/30 | Wiley | |
| EX. 702.13 | 4.15.20 IG post with 3 9mm AR-Pistols.pdf | | 8/30 | Wiley | |
| EX. 702.14 | 4.15.20 HILL asks about short ones.pdf | | 8/30 | Wiley | 9/11/24 |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. 22-CR-303

| | Government | ☑ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ☐ |
| | Joint | ☐ |
| | Court | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| EX. 702.15 | 4.27.20 DANIELS has 800 for the mini ARP.pdf | | 8/30 | Wiley | 9/11/24 |
| EX. 702.17 | 6.24.20 HILL asks Wiley about ammunition for last AR-Pistol purhcase.pdf | | 8/30 | Wiley | |
| EX. 702.18 | 6.25.20 HILL needs another AR-Pistol.pdf | | 8/30 | Wiley | |
| EX. 702.21 | 6.7.20 Counting Money.pdf | | 8/30 | Wiley | 9/11/24 |
| **704.0 Exhibits – Search Warrant Photos** | | | | | |
| EX. 704.1 | Purchased ARP.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 704.2 | Closeup of Purchased ARP.pdf | | 8/28 | Rothman Wiley | |
| EX. 704.3 | Shells in Magazine.pdf | | 8/28 | Rothman Wiley | |
| EX. 704.5 | Back of Purchased Marijuana.pdf | | 8/30 | Wiley | |
| EX. 704.7 | Nissan Exterior.pdf | | 8/28 | Rothman | |
| EX. 704.8 | Marijuana in bag.pdf | | 8/28 | Rothman | |
| EX. 704.10 | Scale and iPhone.pdf | | 8/28 | Rothman | |
| EX. 704.11 | iPhone on ground.pdf | | 8/28 | Rothman | |
| EX. 704.14 | Endomag box.pdf | | 8/30 | Wiley | |
| EX. 704.15 | Gun parts on floor.pdf | | 8/3 | Wiley | |
| EX. 704.16 | Selector switch on door.pdf | | 8/30 | Wiley | |
| EX. 704.17 | 12815 Staton Court.pdf | | 8/30 | Wiley | |
| EX. 704.19 | Barrels in living room.pdf | | 8/30 | Wiley | |
| EX. 704.20 | Short barrel in living room.pdf | | 8/30 | Wiley | |
| EX. 704.21 | Upper Receiver box.pdf | | 8/30 | Wiley | |
| EX. 704.23 | Bullets in backpack.pdf | | 9/3 | Wiley (used by defendant Daniels) | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

Civil/Criminal No. __22-CR-303__

| EX. 704.24 | Bullets outside backpack.pdf | | 8/30 | Wiley | 9/11/24 |
|---|---|---|---|---|---|
| EX. 704.26 | Entry to gun shed.pdf | | 8/30 | Wiley | |
| EX. 704.27 | Drill Press in shed.pdf | | 8/30 | Wiley | |
| EX. 704.28 | Jigs and Dremel in drawer.pdf | | 8/30 | Wiley | 9/11/24 |
| **800 SERIES – EMMANUEL REID** | | | | | |
| **800.0 Exhibits – Search Warrant Photos** | | | | | |
| EX. 800.1 | Gun in Cabinet.pdf | | 8/28 | Rothman Reid | 9/11/24 |
| EX. 800.2 | Gun in the box.pdf | | 8/28 | Rothman | |
| EX. 800.3 | Marijuana in cabinet.pdf | | 9/4 | Reid | |
| EX. 800.4 | Backpack in cabinet.pdf | | 8/28 | Rothman Reid | |
| EX. 800.5 | Backpack unzipped.pdf | | 8/28 | Rothman Reid | |
| EX. 800.6 | Open backpack with contents out.pdf | | 8/28 | Rothman | |
| EX. 800.8 | iPhone on Counter.pdf | | 8/28 | Rothman | 9/11/24 |
| **801.0 Exhibits – Shipley Phone** | | | | | |
| EX. 801.1 | 7.1.23 REID at Shipley.pdf | | 8/28 | Rothman Reid | 9/11/24 |
| **802.0 Exhibits – Instagram** | | | | | |
| EX 802 | Instagram Subscriber Data from Digital Extraction.pdf | | 8/28 | Rothman | 9/11/24 |
| EX. 802.2 | 2.16.19 TBT REID and HILL at Holiday.pdf | | 8/28 | Rothman Reid | |
| EX. 802.3 | 3.23.19 TBT REID, WILLIS, UIC at Holiday.pdf | | 9/4 | Reid | |
| EX. 802.4 | 3.25.19 PDSxJG4L.pdf | | 9/4 | Reid | |
| EX. 802.5 | 4.1.19 REID, HILL, WILLIS at Holiday.pdf | | 9/4 | Rothman Reid | 9/11/24 |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No. 22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| EX. 802.7 | 8.6.19 REID HILL at Holiday.pdf | | 9/4 | Reid | 9/11/24 |
|---|---|---|---|---|---|
| EX. 802.8 | 8.9.19 DANIELS wishes REID Happy Birthday.pdf | | 8/28 | Rothman Reid | |
| EX. 802.9 | 8.26.19 WILLIS is REID's Bro 4 life.pdf | | 8/28 | Rothman Reid | |
| EX. 802.10 | 8.30.19 IG Story screenshot of WILLIS IG.pdf | | 9/4 | Reid | |
| EX. 802.11 | 10.24.22 Free HILL.pdf | | 8/28 | Rothman Reid | |
| EX. 802.12 | 2.2.23 WILLIS my bro 4 life.pdf | | 9/4 | Reid | |
| EX. 802.13 | 7.3.19 IG story at Oak Hill.pdf | | 9/4 | Reid | |
| EX. 802.14 | 7.4.19 IG story at Oak Hill.pdf | | 9/4 | Reid | |
| EX. 802.15 | 9.18.19 Oxy in a bag.pdf | | 9/4 | Reid | |
| EX. 802.16 | 10.5.22 IG story.pdf | | 9/4 | Reid | |
| EX. 802.17 | 10.6.19 IG Story.pdf | | 9/4 | Reid | |
| EX. 802.18 | 10.12.22 IG Story.pdf | | 9/4 | Reid | 9/11/24 |
| EX. 802.19 | 7.4.19 IG Story | | | | |
| **900 SERIES – PRIOR STATEMENTS** | | | | | |
| EX. 900 | Diante WILEY Plea Agreement.pdf | | 8/30 | Wiley | 9/11/24 |
| EX. 902 | Emmanuel Reid Plea Agreement.pdf | | 9/4 | Reid | 9/11/24 |

UNITED STATES OF AMERICA

VS.

Civil/Criminal No.   22-CR-303

BROADUS JAMAL DANIELS AND

ANDRE ALONTE WILLIS

| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| 1000 SERIES – MAPS AND DEMONSTRATIVES | | | | | Fugtt Reid | |
|---|---|---|---|---|---|---|
| EX. 1000 | ID CHART | | | 8/28 | Rothman Wiley Thomas | 9/11/24 |
| EX. 1001 | MAP OF PDF/JG TERRITORY.pdf | | | 8/28 | Rothman Wiley Fleming Laurente Reid Thomas | |
| EX. 1002 | MAP OF PDF/JG TERRITORY INCLUDING JASPER AND SHIPLEY.pdf | | | 8/28 | Rothman Fugitt Reid | |
| EX. 1003 | MAP OF JASPER AND SHIPLEY.pdf | | | 8/28 | Rothman | |
| EX. 1004 | WILLIS FLIGHT PATH.pdf | | | 8/28 | Rothman | |
| EX. 1005 | Exhibit Numbers Chart | | | 8/28 | Rothman Thomas | |
| EX. 1006 | Summary of WILLIS Directing Customers to Jasper and Shipley.pdf | | | 9/5 | Thomas | |
| EX. 1007 | Oak Hill Collage | | | 8/28 | Rothman | |
| EX. 1008 | Holiday Market/Holiday Liquor Collage | | | 8/28 | Rothman | |
| EX. 1009 | U.S. Currency Collage | | | 8/28 | Rothman | |
| EX. 1010 | Marijuana Collage | | | 9/5 | Thomas | |
| EX. 1017 | Phone Conversation Summary.pdf | | | 9/5 | Thomas | 9/11/24 |